# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ERIC BANKS
*Defendant*

Case No. 1:25-cr-10395-DJC

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | |
|---|---|
| Place: United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Courtroom No.: 10, 5th Floor |
| | Date and Time: 04/15/2026 2:00 pm |

This offense is briefly described as follows:
Violation of conditions of release.

Date: 04/08/2026

Savannah Cook
*Issuing officer's signature*

Savannah Cook, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

❒ Executed and returned this summons ❒ Returned this summons unexecuted

Date: ____________

*Server's signature*

*Printed name and title*